FILED

19 APR 29 AM 10: 50

M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEPUTY

The Honorable Timothy Dore

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 13 |
| CAROL ENGEN, | Case No. 18-12259-TWD |
| Debtor, | |
| Carol Engen, | Adv. Proc. No. 18-01152-TWD |
| Plaintiff | |
| Vs. | **MANDATORY JUDICIAL NOTICE; OFFER OF PROOF OF VERIFIED CRIMINAL COMPLAINT UNDER 18 USC § 4 MISPRISION OF FELONY** |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE, | |
| Defendant | E.R. 201 |

## MANDATORY JUDICIAL NOTICE & OFFER OF PROOF

COMES NOW, Plaintiff Carol Engen, seeking to place on the record as an Offer of Proof a report to the proper authorities under 18 U.S.C. § 4 Misprision of Felony of certain overt felonious acts committed by the defendants in this matter. The Court shall take judicial notice of the Verified Criminal Complaint and exhibits attached hereto.

DATED this 28th day of April, 2019.

Respectfully submitted,

Carol Engen, Plaintiff

JUDICIAL NOTICE – VERIFIED CRIMINAL COMPLAINT
Page 1 of 2

Carol Engen
16423 NE 15th St
Bellevue, Wash. 98008

## CERTIFICATE OF SERVICE

I hereby certify that on the $\underline{29th}$ day of April, 2019, I personally deposited in the mailbox of the United States Post Office located at 15731 NE 8th Street, Bellevue, Washington 98008 via first class mail pre-paid postage, a copy of the **MANDATORY JUDICIAL NOTICE; OFFER OF PROOF OF VERIFIED CRIMINAL COMPLAINT UNDER 18 USC § 4 MISPRISION OF FELONY** addressed to the following party:

(UNDER PROTEST)

YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

_____
Carol Engen, Plaintiff

JUDICIAL NOTICE – VERIFIED CRIMINAL COMPLAINT
Page 2 of 2

Carol Engen
16423 NE 15th St
Bellevue, Wash. 98008

1  Carol Engen
   16423 NE 15th St.
2  Bellevue, Washington  [98008]
   (425)577-0677

3

4
                Department of Justice of the United States (16 Stat. 162)
5                      [U.S. DEPARTMENT OF JUSTICE]
                             Washington, D.C.
6

7  Carol Lynn Engen,                        | Chapter 13
                                            | Case No. 18-12259-TWD
8  [Members of the public that own shares in: | Adv. Proc. No. 18-01152-TWD
   Fidelity Advisor High Income Advantage Fund; |
9  Fidelity Advisor Worldwide Fund; Fidelity  | **INFORMATION**
   Advisor Balanced Fund; Fidelity Advisor    |
10 Emerging Markets Income Fund; AllianzGI NFJ | Violations:
   Dividend Value Fund]                      |
11                                           | U.S. Const. Fifth and Fourteenth Amendments
12            Complainants,                   |
                                            | RCW § 40.16.030(a) (False Instrument for
13            vs.                            | Filing)
                                            | RCW § 9.38.020 (False Representation
14 DEPARTMENT OF THE TREASURY –             | Concerning Title)
   INTERNAL REVENUE SERVICE,                | RCW § 9A.56.030(a) (First Degree Theft)
15 DEBRA K. HURST, JEAN FLACH,              | RCW § 9A.60(5) (False Written Instrument)
   EVELYN SMITH, RONDA WRIGHT,              |
16 ROSARY TANNER, H. GONZALEZ,              | 18 U.S.C. § 152(1-4,6-9) (False Claims)
   NAM HAN, YEN JEANNETTE TRAN,             | 18 U.S.C. § 157(3) (Bankruptcy Fraud)
17 KING COUNTY, and all other actors and agents | 18 U.S.C. § 371 (Conspiracy to Defraud
   similarly situated or involved.          | the United States)
18                                           | 18 U.S.C. § 513(a) (Counterfeited Security)
            Defendants.                      | 18 U.S.C. § 514(a) (Fictitious Obligations)
19                                           | 18 U.S.C. § 641 (Conversion;Embezzlement)
                                            | 18 U.S.C. § 654 (Converting Property)
20                                           | 18 U.S.C. § 872 (Extortion)
                                            | 18 U.S.C. § 875(d) (Interstate Comms.)
21                                           | 18 U.S.C. § 876(d) (Mailing Threatening
                                            | Communications)
22                                           | 18 U.S.C. § 1001(a)(1-3) (False Statements)
                                            | 18 U.S.C. § 1018 (False Certificates or
23                                           | Writings)
                                            | 18 U.S.C. § 1341 (Frauds and Swindles)
24                                           | 18 U.S.C. § 1342 (Fictitious Name)
25

26

27

28 Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
   Page 1 of 12

18 U.S.C. § 1344(1) (Bank Fraud)
18 U.S.C. § 1348(1-2) (Securities Fraud)
18 U.S.C. § 1349 (Conspiracy)
18 U.S.C. § 1519 (False Records Bankrptcy)
18 U.S.C. § 1621(2) (Perjury)
18 U.S.C. § 1623 (False Declarations)
18 U.S.C. § 1957 (Fraudulent Money
Transactions)

26 U.S.C. § 7214(a)(1-2,4-7) (Offenses by
Officers and Employees of the U.S.)

**VERIFIED CRIMINAL COMPLAINT**
**under 18 U.S.C. § 4 Misprision of Felony**

## I. INTRODUCTION.

1.1 COMES NOW, Carol Lynn Engen hereinafter "Complainant", seeking herewith to comply with 18 U.S.C. § 4 by reporting felonious conduct and to cause the Attorney General of the State of Washington [STATE OF WASHINGTON] and the Attorney General of the Department of Justice of the United States [U.S. DEPARTMENT OF JUSTICE] to commence criminal proceedings against the Defendants for the respective state and federal crimes alleged herein. This matter concerns the illegal conduct engaged in since 2010 against the Complainant by employees of the Internal Revenue Service, one attorney employed by the Tax Division of the U.S. Department of Justice and King County employees to unlawfully separate Complainant from her property.

## II. OVERT ACTS, AUTHORITIES AND COUNTS.

2.1 Defendants DEBRA K. HURST ("HURST"), JEAN FLACH ("FLACH"), EVELYN SMITH ("SMITH"), RONDA WRIGHT ("WRIGHT"), ROSARY TANNER ("TANNER"), H. GONZALEZ ("GONZALEZ"), AND NAM HAN ("HAN") are all employees of defendant DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE ("IRS"). YEN

JEANNETTE TRAN ("TRAN") is a U.S. Attorney employed by the U.S. Department of Justice in the Tax Division. King County is a municipal corporation that assesses and collects property taxes for state of Washington/STATE OF WASHINGTON. See attached list of Exhibits.

2.2    Between 2010 and 2018 defendants HURST, GONZALEZ, FLACH, SMITH, WRIGHT AND TANNER conspired to constructively seize Complainant's property by a scheme of filing unverified IRS "Notice(s) of Federal Tax Lien" ("tax lien notice") in public records in two different state public records offices located in North Carolina and Washington, see Exhibits A through I. All tax lien notices were delivered to Complainant using the U.S. Mail system which had been preceded by written threats also using the U.S. Mail system. HURST and GONZALEZ are the responsible parties for filing the North Carolina notices in 2010, see Ex.A and Ex.B. In 2017 and 2018 in Washington the IRS employees who are responsible for all the filings are FLACH, SMITH and WRIGHT, see Ex.C-F inclusive. In April of 2018 FLACH and TANNER refiled the two North Carolina tax liens notices, under the authority of HURST, who by that time was no longer an IRS employee and may have even been deceased, see Ex.G. There were three tax liens refiled at King County on 4/16/2018 but since the IRS did not notice Complainant of the filings she does not know the identity of the responsible party(s), see Ex.H. The most recent refile by co-conspirators FLACH and TANNER on 7/17/2018 violates the Chapter 13 automatic stay which was issued by the bankruptcy court on 6/6/2018. Because the tax lien notices contain statements pertaining to internal revenue laws as passed by congress, 26 U.S.C. § 6065 requires each notice "shall contain or be verified by a written declaration that it is made under the penalties of perjury." 26 U.S.C. § 7622 also reveals that congress requires employees of the Treasury Department designated by the Secretary "to certify to such papers as may be necessary under the internal revenue laws." Since none of the tax lien notices "contain" the required certification on the face of the instrument by the authorizing official, all said libelous notices are filed in public records of two state county offices under color of 26 U.S.C. § 6323 by the defendants so named. Furthermore, the Uniform Federal Lien Registration Act, having been adopted by both states North Carolina General Statutes §44-68 and Chapter 60.68 RCW in Washington, contains a requirement that notices of liens must be certified. It is the certification by the proper official that authorizes these administrative tax liens which arise by operation of law. The certification process is a necessary element since due process is

Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
Page 3 of 12

circumvented by the administrative process. These are not court issued judgment liens. In all cases, none of the tax lien filings were certified on the face of the instrument nor did any of them contain attached certified copies of judgments from a court of competent jurisdiction in favor of the United States. Complainant submitted record requests to both county offices for the required certifications and both offices acknowledged the defendants did not supply certifications with the filings. 18 U.S.C. § 513(c)(3) defines the term "security" as "evidence of indebtedness." Each tax lien notice evidences an alleged debt and is therefore a security. Section 513(c)(1) defines a "counterfeited" security as a document that purports to be genuine but is not, because it has been falsely made or manufactured in its entirety. Under this set of facts, it is a reasonable conclusion that each tax lien notice is counterfeited. The counterfeited notices operate as false representations that cloud the title to Complainant's property. By these filings the named defendants wrongfully obtained unauthorized control over Complainant's real property with the intent to deprive her of such control. By their conduct, all six defendants so named violated state and federal laws with the filing of the specious instruments. Violations: RCW § 40.16.030(a), RCW § 9.38.020, RCW § 9A.56.030(a), RCW § 9A.60(5) – 9 counts; 18 U.S.C. § 514(a) – 11 counts; 18 U.S.C. § 875(d) – 11 counts; 18 U.S.C. § 876(d) – 11 counts; 18 U.S.C. § 1001 – 11 counts; 18 U.S.C. § 1018 – 11 counts; 18 U.S.C. § 1341 – 11 counts.

2.3 IRS Defendant HURST, responsible for the North Carolina 2010 filings, may not have been an employee of the Internal Revenue Service at the time of the 2010 North Carolina filings. She was definitely not employed by the IRS on Sept. 25, 2012, see Ex.L, a FOIA response to Complainant's request for HURST'S personnel records. HURST may even have been deceased at the time of said filings. Defendant "H. GONZALEZ" filed both tax liens on HURST's alleged authority. HURST's personnel records show her to have been employed by the IRS in 1979 as a "Clerk" according to an appointment affidavit supplied to the Complainant. Personnel records were also requested under FOIA for GONZALEZ but the IRS failed to respond to the request. "H. GONZALEZ" may only be a signature stamp used as a device to conceal the legal identity of the person or persons responsible for filing the naked instruments in Alamance county. Complainant alleges that defendants FLACH, SMITH, WRIGHT and TANNER are fictitious identities because FOIA requests for their appointment affidavits were either not responded to by the IRS or were returned with the legal name of the requested person

Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
Page 4 of 12

completely whited out, thereby concealing the true identity. Violations: 18 U.S.C. 371 – 11 counts; 18 U.S.C. § 1341 – 11 counts; 18 U.S.C. § 1342 – 11 counts.

2.4 All publicly filed unverified tax lien notices, Ex.A-I, falsely represent to the public that Complainant owes a debt to the United States. The tax lien notices contain "kind of tax," listed as either "1040," "CIVP" or "6702A." None of said notices display the pertinent Internal Revenue statute for each type of tax listed and the regulation promulgated to enforce the specific statute, as required by law. However, if "1040" refers to an IRS form, the IRS manual Document 6209 ADP and IDRS Information reveals it is a form used to report income taxes for fiduciaries and partnerships, which has nothing to do with Complainant. 26 U.S.C. § 1040 pertains to transfers of property from a decedent's estate by an executor to a qualified heir, a section of Title 26 located under Subtitle B, Estate taxes (excise taxes), not income taxes. Since the Complainant has never been assigned the capacity of executor for any decedent's estate by order of any probate court, this section has no application with regards to her either. Ex.A, Ex.E, Ex.F and Ex.I all contains entries pertaining to "kind of tax" "1040" for tax period 2005. Aside from the absolute inapplicability of this "kind of tax" to the Complainant's circumstances as shown, the IRS alleged date of assessment (the IRS has never produced foundational signed records of assessment in ten years for any of the so-called obligations admitting in a 2009 FOIA response they have none on file) for this tax period, the assessment date exceeds the statute of limitations by 45 days, rendering the year uncollectible under any set of circumstances. Ex.C for tax period 2007 also contains the same entry "kind of tax" "1040" and is another falsification of the facts. Again, the Complainant has never held a fiduciary position, been involved in a partnership or been deemed an executor of a decedent's estate. Furthermore, IRS account transcripts for tax period 2007 display a "gross income" figure for Complainant that is three times the amount of the form W-2 supplied by an employer, a figure well below any requirement for filing a return of any kind. All tax lien notices that contain "kind of tax" "1040" are counterfeited instruments which represent fabricated debt obligations. Furthermore, "kind of tax" "CIVP" and "6702A," according to IRS claims and admissions, pertain to PENALTIES assessed under alleged authority of 26 U.S.C. § 6702(a) for filing a frivolous return. However, under section 6702 congress placed a duty on the Secretary to publish a list of frivolous positions in the federal register, which the Secretary has declined to do. Section 6702(a) cannot operate against any

Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
Page 5 of 12

person since the required notice as to the prohibited conduct is not publicly available as required by the Administrative Procedures Act at Title 5. In addition, the Secretary has also declined to publish substantive or legislative regulations for the implementation of section 6702 in the federal register.

> "Because it has a bearing on our treatment of some of the issues raised by the parties, we think it important to note that the Act's civil and criminal penalties attach only upon violation of regulations promulgated by the Secretary; if the Secretary were to do nothing, the Act itself would impose no penalties on anyone." *California Bankers Assn. v. Shultz*, 416 U.S. 21, 94 S. Ct. 1494, 39 L. Ed. 2d 812 (1974)

The misapplication of section 6702 by all IRS defendants against the Complainant is another intentional manufacturing of a fictitious debt obligation to the United States. Each uncertified tax lien notice operates to violate Complainant's Fifth and Fourteenth Amendment due process rights since every single one is founded upon several false irrebuttable conclusive presumptions. The Supreme Court of the United States disfavors the taking of private property based upon a conclusive presumption. See *Vlandis v. Kline*, 412 U.S. 441, 446, 93 S.Ct. 2230, 2233, 37 L.Ed. 2d 63; *Cleveland Bd. of Educ. v. LaFleur*, 414 U.S. 632 (1974). Violations: U.S. Constitution – Fifth and Fourteenth Amendments – 11 counts.

2.5 In 2013 defendant IRS caused a three month illegal seizure of Complainant's social security deposit with no prior notice, 3 more due process violations. <u>Defendant IRS has never proven that the social security deposit was used in the commission of a crime.</u> Therefore it was an unlawful taking. The Complainant had to call the social security office to learn the identity of the thief since no prior notice was provided. See Ex.J which is IRS form W-2 for tax period 2007; reported wages 2,381.25. Now see Ex.K, an IRS account transcript for the same tax period. This transcript contains a false gross income entry of 6,566.00. Upon this false entry, the IRS proceeded to apply all sorts of unauthorized penalties, charges and interest. This false computer entry was the basis for the unlawful taking. The transcript shows three federal levies against Complainant of 223.50, totaling 670.50. Violations: RCW § 9A.56.02(a) – 3 counts; 18 § 371 – 3 counts; 18 U.S.C. § 641 – 3 counts; 18 U.S.C. § 654; 26 U.S.C. § 7214(9) – 3 counts. Violations: U.S. Constitution – Fifth and Fourteenth Amendments – 3 counts

2.6 All tax lien notices containing "kind of tax" "CIVP" or "6702A" pertain to civil penalties. Recovery by the United States of penalties is treated differently in the law than taxes

are. As a general matter Congress provided that ***penalties cannot be recovered administratively, but must be sued for in the name of the United States***. See § 3745(c) (1939 I.R.C.) 53 Stat. 460. R.S. § 919, and R.S. § 3213.

> **§ 3745(c). Suits for fines, penalties, and forfeitures.**
> **All suits for fines, penalties, and forfeitures,** where not otherwise provided for, **shall be brought in the name of the United States,** in any proper form of action, or by any appropriate form of proceeding, qui tam or otherwise, before any district court of the United States for the district within which said fine, penalty, or forfeiture may have been incurred, or before any other court of competent jurisdiction. (53 Stat. 460.) (Derivation R.S. § 3213, which was in nature of a revision of act July 13, 1866, ch. 184, s. 9, 14 Stat. 111; act Mar. 3, 1911, ch. 231, s. 289, 36 Stat. 1167.) (emphasis added)

> **R.S. § 3213.** It shall be the duty of the collectors, in their respective districts, subject to the provisions of this Title, to prosecute for the recovery of any sums which may be forfeited by law. **All suits for fines, penalties, and forfeitures, where not otherwise provided for, shall be brought in the name of the United States,** in any proper form of action, or by any appropriate form of proceeding, qui tam or otherwise, before any circuit or district court of the United States, for the district within which said fine, penalty, or forfeiture may have been incurred, or before any other court of competent jurisdiction; and **taxes may be sued for and recovered in the name of the United States,** in any proper form of action, before any circuit or district court of the United States for the district within which the liability to such tax is incurred, or where the party from whom such tax is due resides at the time of the commencement of the said action. (Derivation. 13 July 1866, c. 184, s. 9, v. 14, p. 111.) (emphasis added)

> **"Revised Statutes - Title XIII. The Judiciary Ch. 18, Sec. 919.** All suits for the recovery of any duties, imposts, or taxes or for the enforcement of any penalty or forfeiture provided by any act respecting imports or tonnage, or the registering and recording or enrolling and licensing of vessels, or the internal revenue, or direct taxes, and all suits arising under the postal laws shall be brought in the name of the United States." (Derivation. 13 July, 1866, c. 184, s.9, v.14, pp.111). (underline added)

***Defendant IRS employees filed the uncertified tax lien notices containing penalties in public records BEFORE the penalties were adjudicated as required by law.*** The proper procedure for any assessed penalty is for the United States to sue the taxpayer in district court. Upon receipt of a judgment in favor of the United States, a lien notice with an attached certified copy of the judgment may be filed in the public record (judgment lien).

> "It may be added that many parts of our Revised Statutes clearly show that a civil action is understood to be the usual form for recovering these penalties. Rev. St. § 732, 919, 942, 1041, 2124, 3087, 3213." *U.S. v. Elliot,* 25 F.Cas. 1000 (1879)

> "The distinction between a tax and a penalty was emphasized. The function of a tax, it was said, "is to provide **\*392** for the support of the government"; the function of a

Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
Page 7 of 12

penalty clearly involves the 'idea of punishment for infringement of the law,' and that a condition of its imposition is notice and hearing. ...*O'Sullivan v. Felix*, 233 U. S. 318, 324, 34 Sup. Ct. 596, 58 L. Ed. 980. **And even if the imposition may be considered a tax, if it have punitive purpose, it must be preceded by opportunity to contest its validity.** *Central of Georgia Railway v. Wright*, 207 U. S. 127, 28 Sup. Ct. 47, 52 L. Ed. 134, 12 Ann. Cas. 463." *Regal Drug Corporation v. Wardell*, 260 U.S. 386 (1922).

"In Lipke v. Lederer, 258 U.S. . . . , 42 Sup.Ct. 549, 66 L.Ed. . . . (June 5, 1922), the Supreme Court held that, 'if by its very nature the imposition is a penalty, it must be so regarded,' and that assessment by imposition of penalty under section 35, supra, lacks all the ordinary characteristics of a tax, and involves the idea of 'punishment for infraction of the law, the definite function of a penalty.' Accordingly, in that case, Rev. St. Sec. 3224 (Comp. St. Sec. 5947), was held to be inapplicable, **and should not be construed as permitting the enforcement of penalties through 'the secret findings and summary action by executive officers.'**" *Pool v. Walsh*, 282 F.620 (9th Cir. 1922) (emphasis added)

"[I]f the concept of penalty means anything," we said, "it means punishment for an unlawful act or omission." *Id.*, at 224, 116 S.Ct. 2106. See also *Lipke v. Lederer*, 259 U.S. 557, 42 S.Ct. 549, 66 L.Ed. 1061 (1922) (same). *Nat'l Federation of Independent Business v. Sebelius*, 567 U.S. 519 (2017)

Relying upon the counterfeited tax lien notices as the foundation, defendant TRAN, an attorney employed by the U.S. Department of Justice and one who possesses a higher level of knowledge, knew or should have known that all tax liens notices containing penalties had never been adjudicated. Nevertheless, TRAN proceeded to file a complaint against the Complainant on behalf of the IRS to reduce the alleged liens to judgment and sell Complainant's real property (United States of America v. Carol L. Engen, US District Court – Western District of Washington at Seattle No. **2:18-cr-00712-RSM** to reduce to judgment assessments and foreclose federal tax liens on real property **$250,880.66** – filed 5/16/2018). When Complainant filed a Chapter 13 petition to obtain an automatic stay for the district court case (CHAPTER 13 PETITION – In. Re. Carol L. Engen, US Bankruptcy Court – Western District of Washington No. **18-12259-TWD** – filed 6/6/2018. (2 alleged creditors: IRS and King County) IRS Proof of Claim **$261,970.63**). IRS defendant NAM HAN immediately filed a Chapter 13 Proof of Claim and amended Proof of Claim based upon the bogus tax liens, most of which contain penalties, but did not attach a judgment from a court proving the penalties had been adjudicated in favor of the United States. (IRS Proof of Claim 1-1 $261,970.63 (6/14/2018); IRS Proof of Claim 1-2 $250,517.27 (8/2/2018). Both claims allege perfection upon attached federal tax lien documents

serial numbers 726740010, 715022810, 284404917, 284405017, 290481717, 290481817, 284404917 combined total of $407,509.30). Han falsely certified to the bankruptcy court that the claim was "perfected." She also failed to inform the court that IRS employees used section 6702(a) to impose amounts greater than allowed by the statute. By their conduct TRAN and HAN knowingly, willingly and with intent joined themselves with HURST, GONZALEZ, FLACH, SMITH, WRIGHT AND TANNER in the conspiracy to illegally separate the Complainant from her property by perpetrating a fraud on the district court, bankruptcy court and U.S. Trustee. Violations: 18 U.S.C. § 152(1),(2),(3),(4),(6),(7),(8),(9) – 2 counts; 18 U.S.C. § 157(3) – 2 counts; 18 U.S.C.; 18 U.S.C. § 371 – 4 counts; 18 U.S.C. 872 – 4 counts; 18 U.S.C. § 875 – 6 counts; 18 U.S.C. § 876 – 6 counts; 18 U.S.C. § 1018 – 4 counts; 18 U.S.C. § 1341; 18 U.S.C. § 1349 – 4 counts; 18 U.S.C. § 1519 – 2 counts; 18 U.S.C. § 1621 – 2 counts 18 U.S.C. § 1623 – 2 counts; 26 U.S.C. § 7214 (1),(2),(4),(7) – 2 counts.

2.7 IRS Defendant WRIGHT constructively seized Complainant's real property by the filing of a lis pendens at King County records, see Ex.N, founded upon the counterfeited tax lien notices containing penalties that were never adjudicated. Violations: RCW § 40.16.030(a), RCW § 9.38.020, RCW § 9A.56.030(a), RCW § 9A.60(5) – 1 count; 18 U.S.C. § 514(a) – 1 count; 18 U.S.C. § 1001 – 1 count; 18 U.S.C. § 1018 – 1 count; 18 U.S.C. § 1341 – 1 count.

2.8 Subsequent to the filing of the Chapter 13 petition, Complainant discovered that someone caused the counterfeited tax lien notices to be securitized and sold as debt securities to investors. See Ex.O which contains five reports Complainant obtained for two of the lien notices; one from North Carolina and one from Washington. The other reports indicate that someone also securitized the District Court case filed by TRAN and Complainant's Chapter 13 petition. These securitizations are also founded upon the fraudulent tax liens issued by the IRS. The King County Assessor's property tax assessment was also sold as a debt security. Excluding the property tax security and not knowing the discount rate for each debt security but using the full face amount of each obligation, the following is probable:

| Tax Period(s) | County | Instrument | Face Amount | |
|---|---|---|---|---|
| 2005-2006 | Alamance | Lien notice | $63,578.38 | |
| 2005 | Alamance | Lien notice | $33,496.00 | |
| 2005 | Alamance | Lien notice | $8,467.86 | |
| 2005-2006 | Alamance | Lien notice | $50,576.49 | Sub-total $156,118.73 |
| | | | | |
| Tax Period(s) | County | Instrument | Face Amount | |

Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
Page 9 of 12

| | | | | |
|---|---|---|---|---|
| 2004- 2008 | King | Lien notice | $134,802.85 | |
| 2007-2008 | King | Lien notice | $67,945.54 | |
| 2005 | King | Lien notice | $35,378.49 | Sub-total $238,126.88 |
| | | | | |
| 2004-2008 | King | Complaint | $250,880.66 | |
| 2004-2008 | King | Ch. 13 Claim | $250,517.27 | |
| 2004-2008 | King | Adv. Proc. | $250,517.27 | Sub-total $751,915.20 |

***TOTAL estimated securitized amount $1,146,160.80***
*** $895,643.60 more than is being claimed ***

Multiple Securitization of Tax Period Obligation
| | |
|---|---|
| 2004 | **4 times** |
| 2005 | **9 times** |
| 2006 | **6 times** |
| 2007 | **5 times** |
| 2008 | **5 times** |

From the above, it is clear that every mutual fund containing any of these debt securities has been adversely affected by this financial scam. As shown the fabricated debt obligation for each individual tax period has been sold multiple times ending up in different securities. Some person or persons unknown securitized unverified specious debt instruments which were then used as the foundation to populate other debt instruments which were themselves securitized. These actors then sold the securities to unsuspecting investors who had every reason to believe they were the sole owner of any one particular debt obligation. This type of securities fraud has caused markets to fail in the past. Furthermore, it is a fair inference that every single fatally defective lien notice was sold as a debt security including the adversary proceeding, lis pendens and Dept of Licensing lien notice instruments which are not included in the above calculations.

2.9 The obvious income stream someone has been unjustly enriched by has not been offset against any of the purported obligations. Defendant U.S. attorney TRAN, in combination with defendant HAN, intentionally withheld material facts from both courts and the trustee of the true amount of the claim resulting in fraud in the offset. Violations: 18 U.S.C. § 513(a) – 15 counts; 18 U.S.C. § 1344 – 15 counts; 18 U.S.C. § 1348 – 15 counts; 18 U.S.C. § 1957 – 15 counts.

3.0 Defendant King County uses a similar scheme as the IRS by falsely classifying Complainant's property based upon an irrebuttable conclusive presumption that the property is being used as a *residential commercial establishment for profit*, which has never been the case in fact. The property tax assessment is also a counterfeited security. Upon this false classification

Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
Page 10 of 12

said defendant issues notices for excise tax payments using the U.S. Mail system. This defendant has also sent threatening communications regarding tax foreclosure using the U.S. Mail system. And apparently, as with the defendant IRS, also created a secret income stream by the securitization of the property tax assessment but has failed to credit the ill gotten receipts against the alleged tax due. Violations: 18 U.S.C. § 513(a), 18 U.S.C. § 514(a) 18 U.S.C. § 641, 18 U.S.C. § 654, 18 U.S.C. § 872, 18 U.S.C. § 875(d), 18 U.S.C. § 876(d), 18 U.S.C. § 1341, 18 U.S.C. § 1344, 18 U.S.C. § 1348, 18 U.S.C. § 1957 – 1 count each, except for the mail fraud which exceeds 1 count. Violation: U.S. Constitution – Fourteenth Amendment 1 count.

3.1 Defendant IRS, TRAN, HAN, HURST, GONZALEZ, FLACH, SMITH, WRIGHT AND TANNER rely upon the false conclusive presumption that Complainant is one of the special classes of taxpayers involved in a licensed, federally regulated commercial business under a contract with the United States. It has been the case since 1966 that the lien provisions of the internal revenue laws are required to conform to the Uniform Commercial Code, foreign international law (PL 88-243 1963 District of Columbia). One of the purposes of the Federal Tax Lien Act of 1966 was to adjust the provisions in the internal revenue laws relating to the collection of taxes of delinquent persons to the more recent developments in <u>commercial practice</u>. (See Senate Report No. 1708 – 89th Congress, 2nd Session). The Complainant denies she has ever applied for a business license to carry on any excise taxable commercial activity in any venue. The Complainant's political union is with the State of Washington and not with the federal government. Hence, neither the IRS nor the United States can use the Uniform Commercial Code to legally separate Complainant from her property given the facts and her unique circumstances. Furthermore, the Complainant denies the existence of any contract with either the IRS or the United States that she entered into knowingly, willingly and with intent regarding these matters. The false irrebuttable conclusive presumption that Complainant is involved in a federally regulated commercial activity used as a device to steal Complainant's property violates her rights under the Fifth and Fourteenth Amendments to the U.S. Constitution. Therefore, all tax lien notices and property tax assessments the named defendants rely upon to deprive the Complainant of her property are frauds on their face and Complainant urges a complete and thorough investigation into these matters.

Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
Page 11 of 12

## III. VERIFICATION

3.1 Complainant hereby verifies, under penalty of perjury, under the laws of the United States, without the "United States," that the foregoing statement of facts is true and correct, to the best of Complainant's current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. § 1746(1).

Executed this 28th day of April, 2019.

_Carol Lynn Engen_
Carol Lynn Engen

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2019, I personally deposited in the mailbox of the United States Post Office via first class mail pre-paid postage, **VERIFIED CRIMINAL COMPLAINT UNDER 18 USC § 4 MISPRISION OF FELONY** addressed to the following parties:

Robert Ferguson
Washington State Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100

Michael E. Horowitz
U.S. Dept of Justice - Office of Inspector General
950 Pennsylvania Ave, NW, Suite 4076
Washington, D.C. 20530-0001

William P. Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530-0001

Fort Lewis Legal Services/JAG
North 8th Street
Building #2027A
Liggett Avenue
JB Lewis-McChord, WA 98433

US Army
Judge Advocate General
2200 Army Pentagon
Washington, DC 20310-2200

And by hand delivery to:
Brian T. Moran, U.S. Attorney
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

_Carol Lynn Engen_
Carol Lynn Engen, Complainant

Verified Criminal Complaint – Misprision of Felony 18 U.S.C. § 4
Page 12 of 12

# EXHIBIT LIST

**Ex.A:** Notice of Federal Tax Lien, serial number **715022810**, dated 10/28/2010, filed at Alamance County Superior Court Clerk, North Carolina on 11/5/2010; GONZALEZ signature for HURST. Total **$63,578.38**. Tax periods 2005 (1040), 2006(CIVP).

**Ex.B:** Notice of Federal Tax Lien, serial number 726740010, dated 12/1//2010, filed at Alamance County Superior Court Clerk, North Carolina on 12/13/2010; GONZALEZ signature for HURST. Total $33,496. Tax period 2005 (CIVP).

**Ex.C:** Notice of Federal Tax Lien, serial number **284404917**, dated 10/30/2017, filed at King County Recorder, Washington on 11/9/2017; FLACH signature for SMITH. Total **$134,802.85**. Tax period 2007 (1040), 2004 (6702A), 2005 (6702A), 2006 (6702A).

**Ex.D:** Notice of Federal Tax Lien, serial number 284405017, dated 10/30/2017, filed at King County Recorder, Washington on 11/9/2017; FLACH signature for SMITH. Total 67,945.54. Tax period 2007 (6702A), 2008 (6702A).

**Ex.E:** Notice of Federal Tax Lien, serial number 290481717, dated 12/20/2017, filed at Dept. of Licensing, Olympia, WA on 1/3/2018; RONDA WRIGHT. Total $35,378.49. Tax period 2005 (1040).

**Ex.F:** Notice of Federal Tax Lien, serial number 290481817, dated 12/20/2017, filed at King County Recorder, Washington on 1/4/2018; FLACH signature for WRIGHT. Total $35,378.49. Tax period 2005 (1040).

**Ex.G:** Notice of Federal Tax Lien (refiled), serial number 303578018 (original serial number 726740010), dated 4/6/2018, filed at Alamance County Superior Court Clerk, North Carolina on 4/17/2018; FLACH signature for TANNER. Total $8,467.86. Tax period 2005 (CIVP).

**Ex.H:** Notice of Federal Tax Liens - 3 refiled, serial numbers unknown, dates unknown, dated unknown, refiled at King County Recorder, Washington on 4/16/2018; signatures unknown. Totals unknown. Tax periods unknown. Type of taxes unknown.

**Ex.I:** Notice of Federal Tax Lien (refiled), serial number 314754118 (original serial number 715022810), dated 7/5/2018, filed at Alamance County Superior Court Clerk, North Carolina on 7/17/2018; FLACH signature for TANNER. Total $50,576.49. Tax periods 2005(1040), 2006(CIVP).

**Ex.J:** 2007 Form W-2; reported W-2 wages 2,381.25.

**Ex.K:** 2007 IRS Account Transcript. Adjusted Gross Income: 6,566.00. Transaction 810 refund freeze 11/18/2008. Transaction 971 federal levy payment program 6/3/2013. Transaction 670 5/22/2013 payment -$223.50; Transaction 670 6/26/2013 payment -$223.50; Transaction 670 7/24/2013 payment -$223.50.

**Ex.L:** FOIA response for personnel records of DEBRA K. HURST (page 1) and Social Security Death Index for Debra K. Hurst, death date 11/10/2005.

# EXHIBIT LIST

**Ex.M:** Official Property Value Notice – King County Assessor. Account No. **329830-0450-04**. Date 9/7/2017. Value 568.000.00.

**Ex.N:** Notice of Lis Pendens, Instrument No. 20180518000869, 5/21/2018, filed at King County Recorder by WRIGHT against Complainant's real property.

**Ex.O:** CUSIP (Committee on Uniform Security Identification Procedures) reports (5) evidencing the non-existent debt obligations sold as debt securities to the public.

| Form 668 (Y)(c) | 11883 | Department of the Treasury - Internal Revenue Service | NOV 0 5 2010 |
|---|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** | |

| Area: WAGE & INVESTMENT AREA #2 Lien Unit Phone: (800) 829-7650 | Serial Number 715022810 | For Optional Use by Recording Office 10-33 |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer CAROL L ENGEN

Residence   PO BOX 461
MEBANE, NC 27302-0461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-9323 | 06/01/2009 | 07/01/2019 | 23578.38 |
| CIVP | 12/31/2006 | XXX-XX-9323 | 03/02/2009 | 04/01/2019 | |
| CIVP | 12/31/2006 | XXX-XX-9323 | 08/30/2010 | 09/29/2020 | |
| CIVP | 12/31/2006 | XXX-XX-9323 | 09/06/2010 | 10/06/2020 | 40000.00 |

| Place of Filing | CLERK OF SUPERIOR COURT ALAMANCE COUNTY GRAHAM, NC 27253 | Total | $ | 63578.38 |
|---|---|---|---|---|

This notice was prepared and signed at _____ BALTIMORE, MD _____ , on this,

the __28th__ day of __October__ __2010__.   EX. A

| Signature for DEBRA K. HURST | [signature] | Title ACS (800) 829-7650 | 12-00-0000 |
|---|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

11883

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

10-35

| Area:<br>WAGE & INVESTMENT AREA #2<br>Lien Unit Phone: (800) 829-7650 | Serial Number<br><br>726740010 | For Optional Use by Recording Office |
|---|---|---|

10m996

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer CAROL L ENGEN

Residence     PO BOX 461
              MEBANE, NC 27302-0461

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| CIVP | 12/31/2005 | XXX-XX-9323 | 04/14/2008 | 05/14/2018 | |
| CIVP | 12/31/2005 | XXX-XX-9323 | 05/19/2008 | 06/18/2018 | |
| CIVP | 12/31/2005 | XXX-XX-9323 | 09/01/2008 | 10/01/2018 | |
| CIVP | 12/31/2005 | XXX-XX-9323 | 08/30/2010 | 09/29/2020 | |
| CIVP | 12/31/2005 | XXX-XX-9323 | 09/06/2010 | 10/06/2020 | 33496.00 |

NORTH CAROLINA - ALAMANCE COUNTY
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE
This 13th day of September 2011
_____ Deputy C.S.C.

| Place of Filing | CLERK OF SUPERIOR COURT<br>ALAMANCE COUNTY<br>GRAHAM, NC 27253 | Total | $ 33496.00 |
|---|---|---|---|

This notice was prepared and signed at _____BALTIMORE, MD_____ , on this,

the ___01st___ day of ___December___ ___2010___.     **Ex. B**

| Signature<br><br>for DEBRA K. HURST | Title<br>ACS<br>(800) 829-7650 | 12-00-0000 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

1872

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 (800) 913-6050 | Serial Number 284404917 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.

- IRS will continue to charge penalty and interest until you satisfy the amount you owe.

Name of Taxpayer
    CAROL L ENGEN

- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.

)1044

Residence
    16423 NE 15TH ST
    BELLEVUE, WA 98008-3023

- See the back of this page for an explanation of your Administrative Appeal rights.

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-9323 | 10/20/2008 | 11/19/2018 | 10942.80 |
| 6702A | 12/31/2004 | XXX-XX-9323 | 09/01/2008 | 10/01/2018 | |
| 6702A | 12/31/2004 | XXX-XX-9323 | 09/08/2008 | 10/08/2018 | |
| 6702A | 12/31/2004 | XXX-XX-9323 | 08/30/2010 | 09/29/2020 | |
| 6702A | 12/31/2004 | XXX-XX-9323 | 09/06/2010 | 10/06/2020 | 31597.86 |
| 6702A | 12/31/2005 | XXX-XX-9323 | 04/14/2008 | 05/14/2018 | |
| 6702A | 12/31/2005 | XXX-XX-9323 | 05/19/2008 | 06/18/2018 | |
| 6702A | 12/31/2005 | XXX-XX-9323 | 09/01/2008 | 10/01/2018 | |
| 6702A | 12/31/2005 | XXX-XX-9323 | 09/08/2008 | 10/08/2018 | |
| 6702A | 12/31/2005 | XXX-XX-9323 | 08/30/2010 | 09/29/2020 | |
| 6702A | 12/31/2005 | XXX-XX-9323 | 09/06/2010 | 10/06/2020 | 42344.10 |
| 6702A | 12/31/2006 | XXX-XX-9323 | 03/02/2009 | 04/01/2019 | |
| 6702A | 12/31/2006 | XXX-XX-9323 | 08/30/2010 | 09/29/2020 | |
| 6702A | 12/31/2006 | XXX-XX-9323 | 09/06/2010 | 10/06/2020 | 49918.09 |

| Place of Filing COUNTY AUDITOR KING COUNTY SEATTLE, WA 98104 | Total | 134802.85 |
|---|---|---|

This notice was prepared and signed at   SEATTLE, WA  , on this,

the **30th** day of **October**, **2017**.     *EX.C*

| Signature *Jean Fisch* for EVELYN SMITH | Title REVENUE OFFICER    27-02-4325 (801) 799-6837 |
|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 3 - Taxpayer's Copy**

CAT. NO 60025X
Form **668 (Y)(c)** (Rev. 02-04)

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service |
| --- | --- | --- |
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>(800) 913-6050 | Serial Number<br><br>284405017 | For Optional Use by Recording Office |
| --- | --- | --- |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- ● This Notice of Federal Tax Lien has been filed as a matter of public record.
- ● IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- ● Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- ● See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer
CAROL L ENGEN

001045

Residence
16423 NE 15TH ST
BELLEVUE, WA 98008-3023

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
| --- | --- | --- | --- | --- | --- |
| 6702A | 12/31/2007 | XXX-XX-9323 | 11/24/2008 | 12/24/2018 | |
| 6702A | 12/31/2007 | XXX-XX-9323 | 12/01/2008 | 12/31/2018 | |
| 6702A | 12/31/2007 | XXX-XX-9323 | 02/28/2011 | 03/30/2021 | |
| 6702A | 12/31/2007 | XXX-XX-9323 | 05/23/2011 | 06/22/2021 | 55002.31 |
| 6702A | 12/31/2008 | XXX-XX-9323 | 10/20/2008 | 11/19/2018 | |
| 6702A | 12/31/2008 | XXX-XX-9323 | 09/21/2009 | 10/21/2019 | 12943.23 |

| Place of Filing | | |
| --- | --- | --- |
| COUNTY AUDITOR<br>KING COUNTY<br>SEATTLE, WA 98104 | Total | 67945.54 |

This notice was prepared and signed at _____SEATTLE, WA_____, on this,

the _30th_ day of _October_, _2017_ . *Ex .D*

| Signature<br>*Jean Flack*<br>for EVELYN SMITH | Title<br>REVENUE OFFICER<br>(801) 799-6837 | 27-02-4325 |
| --- | --- | --- |

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien. Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 3 - Taxpayer's Copy**

CAT NO 60025X
Form **668 (Y)(c)** (Rev. 02-04)

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 18-12259-TWD | Lien Recorded    : 01/03/2018 - 00:00AM<br>Recording Number:<br>UCC Number      : 1366375<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 290481717 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  CAROL L ENGEN

Residence:
  16423 NE 15TH ST
  BELLEVUE, WA 98008-3023

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-9323 | 06/01/2009 | 07/01/2019 | $35,378.49 |
| 1040 | 12/31/2005 | XXX-XX-9323 | 04/07/2008 | 05/07/2018 | |

EX. E

| Filed at:<br>      DEPT OF LICENSING<br>      OLYMPIA, WA 98504 | Total | $35,378.49 |
|---|---|---|

This notice was prepared and executed at OAKLAND, CA
on this, the 20th day of December, 2017.

| Authorizing Official:<br>  RONDA  WRIGHT | Title:<br>  REVENUE OFFICER      27-02-4328 |
|---|---|

| | 14742 | | | | |
|---|---|---|---|---|---|
| **Form 668 (Y)(c)** (Rev. February 2004) | | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (800) 913-6050 | Serial Number 290481817 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  CAROL L ENGEN

Residence  16423 NE 15TH ST
BELLEVUE, WA 98008-3023

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-9323 | 04/07/2008 | 05/07/2018 | |
| 1040 | 12/31/2005 | XXX-XX-9323 | 06/01/2009 | 07/01/2019 | 35378.49 |

```
20180104000787
```
FEDERAL TAX LIEN-NOTICE OF     Rec: $148.00
1/4/2018 11:20 AM
KING COUNTY, WA

| Place of Filing | COUNTY AUDITOR KING COUNTY SEATTLE, WA 98104 | Total | $ | 35378.49 |
|---|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the ___20th___ day of ___December___, 2017.     EX. F

| Signature  *Joan Flach*  for RONDA WRIGHT | Title REVENUE OFFICER (206) 946-3375 | 27-02-4328 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office     Form 668(Y)(c) (Rev. 2-2004) CAT. NO 60025X

16999

**Form 668-F**
(March 2016)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien Refile

Recorded: 12/13/2010  15:20 10-M-996

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Original Serial Number<br><br>726740010 | For Use by Recording Office |
|---|---|---|

In accordance with section 6323(g) of the Internal Revenue Code, the Notice of Federal Tax Lien originally filed on December 14, 2010 is hereby refiled with regard to the taxpayer and assessments identified below.

Name of Taxpayer CAROL L ENGEN

Address    PO BOX 461
           MEBANE, NC 27302-0461

| Kind of Tax<br>(a) | Tax Period<br>Ended<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| CIVP | 12/31/2005 | XXX-XX-9323 | 05/19/2008 | 06/18/2028 | 3434.00 |
| CIVP | 12/31/2005 | XXX-XX-9323 | 09/01/2008 | 10/01/2028 | 5033.86 |

### Notice of Federal Tax Lien Refile

Refile Serial Number 303578018          Identifying Number* _____ Date 04/06/2018
Current Taxpayer Name* _____
Current Address* _____

Place of Refiling          ALAMANCE
                           Signature for ROSARY TANNER
*Joan Flack*               Title    ADVISOR              (206) 946-3121
*if different from original notice of lien*

Original Place of Filing

CLERK OF SUPERIOR COURT
ALAMANCE COUNTY                    Total of Refile  $        8467.86
GRAHAM, NC 27253

The original notice was prepared and executed at BALTIMORE, MD _____ , on this,

the _____01st_____ day of December 2010.          EX. G

| Signature<br><br>for DEBRA K. HURST | Title<br>ACS W&I<br>12-00-0000 |
|---|---|

Catalog Number 16742R          www.irs.gov          Form **668-F** (Rev. 3-2016)

Part 1 - Recording Office

| Search Name | Grantor/Grantee | Record Date | Doc Type | Bldg | Page | Recording # | Doc Link/Page |
|---|---|---|---|---|---|---|---|
| ENGEN,CAROL L | ENGEN CAROL L | Internal Revenue Service | 11/09/2017 | FEDERAL TAX LIEN-NOTICE OF | 0000 | 20171109000245 | |
| ENGEN,CAROL L | ENGEN CAROL L | Internal Revenue Service | 11/09/2017 | FEDERAL TAX LIEN-NOTICE OF | 0000 | 20171109000246 | |
| ENGEN,CAROL L | ENGEN CAROL L | Internal Revenue Service | 01/04/2018 | FEDERAL TAX LIEN-NOTICE OF | 0000 | 20180104000787 | |
| ENGEN,CAROL L | ENGEN CAROL L | IRS | 04/16/2018 | FEDERAL TAX LIEN-NOTICE OF | 0000 | 20180416000936 | REFIL |
| ENGEN,CAROL L | ENGEN CAROL L | IRS | 04/16/2018 | FEDERAL TAX LIEN-NOTICE OF | 0000 | 20180416000937 | REFIL |
| ENGEN,CAROL L | ENGEN CAROL L | IRS | 04/16/2018 | FEDERAL TAX LIEN-NOTICE | 0000 | 20180416000938 | REFIL |

EX. H

16999

18 M 405

| Form **668-F**<br>(March 2016) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien Refile**<br>Recorded: 11/05/2010  13:51  10M883 | |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Original Serial Number<br><br>715022810 | For Use by Recording Office |
|---|---|---|

**In accordance with section 6323(g) of the Internal Revenue Code, the Notice of Federal Tax Lien originally filed on** November 9, 2010 **is hereby refiled with regard to the taxpayer and assessments identified below.**

Name of Taxpayer CAROL L ENGEN

Address        PO BOX 461
              MEBANE, NC 27302-0461

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-9323 | 06/01/2009 | 07/01/2029 | 35576.49 |
| CIVP | 12/31/2006 | XXX-XX-9323 | 03/02/2009 | 04/01/2029 | 15000.00 |

### Notice of Federal Tax Lien Refile

Refile Serial Number 314754118          Identifying Number* _____   Date 07/05/2018

Current Taxpayer Name* _____
Current Address* _____

Place of Refiling          ALAMANCE
_Joan Flach_               Signature for ROSARY TANNER
*if different from original notice of lien     Title    ADVISOR          (206) 946-3121

| Original Place of Filing<br><br>CLERK OF SUPERIOR COURT<br>ALAMANCE COUNTY<br>GRAHAM, NC 27253 | Total of Refile | $        50576.49 |
|---|---|---|

The original notice was prepared and executed at BALTIMORE, MD _____, on this,

the ___28th___ day of ___October___, 2010          EX. I

| Signature<br><br>for DEBRA K. HURST | Title<br>ACS W&I<br>12-00-0000 |
|---|---|

Catalog Number 16742R          www.irs.gov          Form **668-F** (Rev. 3-2016)

Part 1 - Recording Office

| Safe, accurate, IRS e-file | Visit the IRS Web Site at www.irs.gov/efile. |
|---|---|

**W-2 Wage and Tax Statement 2007**
OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 075610 07/6MA | 011160 | A | 27 |

c Employer's name, address, and ZIP code
**BUREAU OF ENGRAVING INC**
**3400 TECHNOLOGY DRIVE**
**MINNEAPOLIS MN 55418**

Batch #01075

e/f Employee's name, address, and ZIP code
**CAROL L. ENGEN**
**16177 W. SHANGRILA**
**SURPRISE,AZ 85379**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 41-0170940 | 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 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 2381.25 | 54.19 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 2381.25 | 147.64 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 2381.25 | 34.53 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | 41-0170940 | 2381.25 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 10.30 | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more (
The reverse side includes general information that you may also find helpful.

1. **The following information reflects your final 2007 pay stub plus any adjustments submitted by your emp**

| | | | | |
|---|---|---|---|---|
| Gross Pay | 2381.25 | Social Security Tax Withheld | 147.64 | AZ. State Income Tax Box 17 of W-2 |
| | | | | SUI/SDI |
| Fed. Income Tax Withheld Box 2 of W-2 | 54.19 | Medicare Tax Withheld Box 6 of W-2 | 34.53 | Box 14 of W-2 |

2. **Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | AZ. State Wages Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 2,381.25 | 2,381.25 | 2,381.25 | 2,381.25 |
| Reported W-2 Wages | 2,381.25 | 2,381.25 | 2,381.25 | 2,381.25 |

3. **Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payrol**

**CAROL L. ENGEN**
**16177 W. SHANGRILA**
**SURPRISE, AZ 85379**

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 8
STATE: Tax is 10 % of Federa

© 2007 ADP, INC

→ Fold and Detach Here ←

EX J



# Internal Revenue Service
United States Department of the Treasury

```
┌──────────────────────────────────────────────────────────┐
│        This Product Contains Sensitive Taxpayer Data       │
└──────────────────────────────────────────────────────────┘
```

## Account Transcript

|  |  |
|---|---|
| Request Date: | 09-25-2018 |
| Response Date: | 09-25-2018 |
| Tracking Number: | 100410005596 |

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-9323

ENGE
16423

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:              10,942.80
ACCRUED INTEREST:                952.41      AS OF: Oct. 08, 2018
ACCRUED PENALTY:                   0.00      AS OF: Oct. 08, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):   11,895.21

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                        01
FILING STATUS:                     Single
ADJUSTED GROSS INCOME:           6,566.00
TAXABLE INCOME:                    0.00
TAX PER RETURN:                    0.00
SE TAXABLE INCOME TAXPAYER:        0.00
SE TAXABLE INCOME SPOUSE:          0.00
TOTAL SELF EMPLOYMENT TAX:         0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   May  21, 2008
PROCESSING DATE                                               Jun. 23, 2008

```
┌──────────────────────────────────────────────────────────┐
│                      TRANSACTIONS                          │
└──────────────────────────────────────────────────────────┘
```

CODE  EXPLANATION OF TRANSACTION          CYCLE  DATE       AMOUNT

EX. K

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails          9/25/2018

| 150 | Tax return filed | 20082408 06-23-2008 | $0.00 |
|-----|------------------|---------------------|-------|
| n/a | 89221-139-65247-8 | | |
| 806 | W-2 or 1099 withholding | 04-15-2008 | -$6,566.56 |
| 826 | Credit transferred out to CIVIL PENALTY 200512 | 04-15-2008 | $6,566.56 |
| 971 | Notice issued CP 0049 | 06-23-2008 | $0.00 |
| 976 | Duplicate return filed | 05-27-2008 | $0.00 |
| n/a | 89221-145-90613-8 | | |
| 290 | Additional tax assessed 00-00-0000 | 20082508 06-30-2008 | $0.00 |
| n/a | 89254-999-05099-8 | | |
| 976 | Duplicate return filed | 05-20-2008 | $0.00 |
| n/a | 89221-138-88723-8 | | |
| 290 | Additional tax assessed 00-00-0000 | 20084108 10-20-2008 | $6,566.56 |
| n/a | 83254-673-05028-8 | | |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20084108 10-20-2008 | $656.66 |
| 196 | Interest charged for late payment | 20084108 10-20-2008 | $207.37 |
| 971 | Notice issued CP 0022 | 10-20-2008 | $0.00 |
| 810 | Refund freeze | 11-18-2008 | $0.00 |
| 971 | Tax period blocked from automated levy program | 12-08-2008 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 12-01-2008 | $0.00 |
| 977 | Amended return filed | 12-01-2008 | $0.00 |
| n/a | 28277-738-01044-8 | | |
| 971 | Collection due process Notice of Intent to Levy -- issued | 05-14-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | 05-26-2009 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20093908 10-12-2009 | $0.00 |
| n/a | 28254-661-05503-9 | | |
| 530 | Balance due account currently not collectable | 12-01-2010 | $0.00 |
| 530 | Balance due account currently not collectable | 12-01-2010 | $0.00 |
| 599 | Tax return secured | 01-12-2011 | $0.00 |
| 971 | Notice issued CP 071A | 10-15-2012 | $0.00 |
| 276 | Penalty for late payment of tax | 20124005 10-15-2012 | $1,641.64 |
| 971 | Account match for federal levy payment program | 03-11-2013 | $0.00 |
| 971 | Notice issued CP 0091 | 03-11-2013 | $0.00 |
| 971 | Final notice before levy on social security | 03-11-2013 | $0.00 |

EX. K

|       | benefits                                                                  |                     |             |
|-------|---------------------------------------------------------------------------|---------------------|-------------|
| 971   | Account match for federal levy payment program                            | 06-03-2013          | $0.00       |
| 670   | Payment                                                                   | 05-22-2013          | -$223.50    |
| 670   | Payment                                                                   | 06-26-2013          | -$223.50    |
| 670   | Payment                                                                   | 07-24-2013          | -$223.50    |
| 971   | Tax period blocked from automated levy program                           | 07-24-2013          | $0.00       |
| 971   | Notice issued<br>CP 071A                                                  | 10-21-2013          | $0.00       |
| 196   | Interest charged for late payment                                         | 20134005 10-21-2013 | $1,540.27   |
| 811   | Removed refund freeze                                                     | 01-20-2014          | $0.00       |
| 971   | Account match for federal levy payment program                            | 09-15-2014          | $0.00       |
| 971   | Notice issued<br>CP 071A                                                  | 10-20-2014          | $0.00       |
| 196   | Interest charged for late payment                                         | 20144005 10-20-2014 | $301.92     |
| 971   | Notice issued<br>CP 071A                                                  | 10-26-2015          | $0.00       |
| 196   | Interest charged for late payment                                         | 20154005 10-26-2015 | $317.17     |
| 971   | Notice issued<br>CP 071A                                                  | 10-24-2016          | $0.00       |
| 196   | Interest charged for late payment                                         | 20164005 10-24-2016 | $381.71     |
| 971   | First Levy Issued on Module                                               | 04-17-2017          | $0.00       |
| 537   | Account currently considered collectable                                  | 09-25-2017          | $0.00       |
| 582   | Lien placed on assets due to balance owed                                 | 11-03-2017          | $0.00       |
| 971   | Issued notice of lien filing and right to<br>Collection Due Process hearing | 11-09-2017          | $0.00       |
| 520   | Bankruptcy or other legal action filed                                   | 04-05-2018          | $0.00       |
| 582   | Lien placed on assets due to balance owed                                 | 04-13-2018          | $0.00       |
| 971   | Passport certified seriously delinquent tax debt                         | 07-02-2018          | $0.00       |
| 520   | Bankruptcy or other legal action filed                                   | 06-06-2018          | $0.00       |
| 520   | Bankruptcy or other legal action filed                                   | 06-06-2018          | $0.00       |
| 972   | Passport certified seriously delinquent tax debt<br>reversal             | 07-16-2018          | $0.00       |
| 520   | Bankruptcy or other legal action filed                                   | 06-06-2018          | $0.00       |

```
This Product Contains Sensitive Taxpayer Data
```

EX. K



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

September 25, 2012

Carol Engen
PO Box 171
Stites, ID 83552

Dear Carol Engen:

I am responding to your Freedom of Information Act (FOIA) request dated August 25, 2012 that we received on September 10, 2012.

You asked for personnel records of Debra K. Hurst. Debra K. Hurst is no longer an IRS employee, however, I have enclosed her appointment affidavits consisting of 2 pages. Future requests concerning Debra K. Hurst may be forwarded to the following address:

> National Personnel Records Center
> Civilian Personnel Records
> 111 Winnebago Street
> St. Louis, MO 63118

Please note the following, you asked for a copy of an employee's identification card. Regulations do not permit the copying of any employee's identification badge. Anyone who duplicates, photographs or makes an impression of any badge, credential, identification card or other insignia of any department or agency of the United States is in violation of Title 18 United States Code (USC), section 701. The information you are seeking is exempt from disclosure under the provisions of Freedom of information Act exemption (b)(3) supported by 18 USC 701.

Regarding the Delegation Orders that you requested, they are not issued to employees by name, but rather by their duties relating to their position title. Delegation Orders may be found in the Internal Revenue Manual 1.2.2, Delegation Orders, which is available on the Internal Revenue Service internet site at: http://www.irs.gov.

Your letter appears to ask for documents concerning your personal responsibility to pay federal income tax. To respond to your request, we would have to create personalized and specific statements about your tax liability. We are not required to create records, provide explanations, or answer questions in response to a FOIA request.

EX. L



# fold3

*by ancestry*

INDEX RECORD FOR

# Debra K Hurst

Social Security Death Index

| | |
|---|---|
| Full Name: | Debra K Hurst |
| Birth Date: | 9 Jan 1956 |
| Death Date: | 10 Nov 2005 |
| Social Security Card Issued: | Unknown Code (SI) |
| Social Security Number: | ***-**-8192 |
| Views: | 3 |

### PUBLICATION INFO

| | |
|---|---|
| Publication Title: | Social Security Death Index (Text only collection) |
| Content Source: | Social Security Administration |
| Last Updated: | July 28, 2017 |
| Description: | The SSDI (Social Security Death Index) is a database of deceased individuals with social security numbers, and whose deaths were reported to the SSA. |

Copyright © 2018 Fold3 by Ancestry. All Rights Reserved.

EX. L

**KING COUNTY ASSESSOR**
500 4TH AVE ROOM 740
SEATTLE, WA 98104-2384

# OFFICIAL PROPERTY VALUE NOTICE

THIS IS NOT A TAX BILL

PRESORTED
FIRST CLASS MAIL
U. S. POSTAGE PAID
SEATTLE, WA
PERMIT NO. 213

**ACCOUNT NUMBER:** 329830-0450-04
**LEVY CODE:** 0330
**EVN CODE:** ZEHXQA
**PROPERTY ADDRESS:**
16423 NE 15TH ST
BELLEVUE 98008

GO Paperless with the EVN Code to
your left. Sign up to get this
Notice by mail at
WWW.KINGCOUNTY.GOV/ASSESSOR/EVN

**2017 VALUE FOR TAXES DUE IN 2018**

|  | APPRAISED VALUE | | VALUE AFTER EXEMPTION |
| --- | --- | --- | --- |
|  | OLD VALUE | NEW VALUE |  |
| LAND: | 337,000 | 388,000 | 388,000 |
| BLDGS: | 151,000 | 180,000 | 180,000 |
| TOTAL: | 488,000 | 568,000 | 568,000 |

**MAIL DATE:** 09/07/17

**SEE BACK FOR APPEAL DEADLINE**

**MAILING ADDRESS:**

ENGEN LYNN CAROL          0376
16423 NE 15TH ST
BELLEVUE WA               98008

HSF-1Pi

EX. m

Instrument Number: 20180518000869  Document:LP Rec: $76.00 Page-1 of 3
  Record Date:5/18/2018 1:19 PM
  King County, WA

**Return Address:**
Internal Revenue Service
9657 Levin Rd Ste L20
Attn: Ronda Wright
Silverdale, WA 98383

Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

**Document Title(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in)

1. Notice of Lis Pendens _____ 2. _____

3. _____ 4. _____

**Reference Number(s) of Documents assigned or released:**

Additional reference #'s on page _____ of document

**Grantor(s)** Exactly as name(s) appear on document

1. Carol L. Engen _____ , _____

2. _____ , _____

Additional names on page _____ of document.

**Grantee(s)** Exactly as name(s) appear on document

1. United States of America _____ , _____

2. _____ , _____

Additional names on page _____ of document.

**Legal description** (abbreviated: i.e. lot, block, plat or section, township, range)

Lot 26, Block 2, Highland Hills No. 2, as per Plat recorded in Volume 62 of Plats, Page 74,
Records of King County, Washington

Additional legal is on page _____ of document.

**Assessor's Property Tax Parcel/Account Number** ☐ Assessor Tax # not yet
assigned
329830-0450

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

"I am signing below and paying an additional $50 recording fee (as provided in RCW 36.18.010 and referred to as an emergency nonstandard document), because this document does not meet margin and formatting requirements. Furthermore, I hereby understand that the recording process may cover up or otherwise obscure some part of the text of the original document as a result of this request."

Signature of Requesting Party

_____

Note to submitter: Do not sign above nor pay additional $50 fee if the document meets margin/formatting requirements

Ex. N

**<u>Your CUSIP Results are as follows:</u>**


**CAROL ENGEN (CC 2:18-CV-00712-RSM)**
**Fidelity Advisor Worldwide Fund**
Symbol:                              FWCFX
CUSIP:                               31618H887

Inception Date:                   2/19/2009
Net Assets:                        $2,211,676,000,000.00 as of
                                         8/31/2018
Portfolio Assets:               $2,211,676,000,000.00 as of
                                         8/31/2018



**A little about the Fund:**

Fidelity Advisor Worldwide Fund seeks growth of capital by investing in securities of
Japanese issuers and other investments that are tied economically to Japan. The Fund
uses a fundamental analysis of factors such as each issuer's financial condition and
industry position, as well as market and economic conditions, to select investments.



EX .0

**CAROL ENGEN (CC 329830-0450-04)**
**AllianzGI NFJ Dividend Value Fund**
Symbol:                  ANDAX
CUSIP:                  018918235

Inception Date:        5/8/2000
Net Assets:            $1,516,703,000.00 as of
                               1/22/2019
Portfolio Assets:      $1,516,703,000.00 as of
                               1/22/2019

**A little about the Fund:**

AllianzGI NFJ Dividend Value Fund is an open-end fund incorporated in the USA. The Fund seeks long-term growth of capital and income by investing in income-producing common stocks of companies with market capitalizations of more than $3.5 billion at the time of investment by using a value investing style.



EX.O

**Your CUSIP Results are as follows:**


**CAROL ENGEN (CC 18-12259-TWD)**
**Fidelity Advisor High Income Advantage Fund**
Symbol:                    FAHDX
CUSIP:                     315807826

Inception Date:            9/3/1996
Net Assets:                $1,812,000,000.00 as of
                           10/31/2018
Portfolio Assets:          $1,812,000,000.00 as of
                           10/31/2018


**A little about the Fund:**

Fidelity Advisor High Income Advantage Fund seeks a combination of a high level of
income and the potential for capital gains by investing primarily in income-producing
debt securities, preferred stocks, and convertible securities, with an emphasis on lower-
quality debt securities.



EX. 10

**Your CUSIP Results are as follows:**

**CAROL ENGEN (ACCT 715022810)**
**Fidelity Advisor Emerging Markets Income Fund**
Symbol:                      FMKCX
CUSIP:                       315920751

Inception Date:              3/10/1994
Net Assets:                  $4,959,000,000.00 as of
                             9/28/2018
Portfolio Assets:            $4,959,000,000.00 as of
                             9/28/2018

**A little about the Fund:**

Fidelity Advisor Emerging Markets Income Fund seeks a high level of current income,
with capital appreciation as a secondary objective by investing in emerging markets and
other investments that are tied economically to emerging markets.



EX .O

<u>**Your CUSIP Results are as follows:**</u>

**CAROL ENGEN (ACCT 284404917)**
**Fidelity Advisor Balanced Fund**
Symbol:                    FABLX
CUSIP:                     315807818

Inception Date:            1/6/1987
Net Assets:                $3,438,000,000.00 as of
                           9/28/2018
Portfolio Assets:          $3,438,000,000.00 as of
                           9/28/2018

**A little about the Fund:**

Fidelity Advisor Balanced Fund is an open-end fund incorporated in the USA. The Fund
seeks both income and growth of capital by investing in stocks and other equity securities
and the remainder in bonds and other debt securities. The Fund invests in domestic and
foreign issuers.





**CERTIFICATE OF SERVICE**

I hereby certify that on the ⟨29th⟩ day of April, 2019, I personally deposited in the mailbox of the United States Post Office located at 15731 NE 8th Street, Bellevue, Washington 98008 via first class mail pre-paid postage, a copy of the **MANDATORY JUDICIAL NOTICE; OFFER OF PROOF OF VERIFIED CRIMINAL COMPLAINT UNDER 18 USC § 4 MISPRISION OF FELONY** addressed to the following party:

(UNDER PROTEST)

YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

Carol Engen, Plaintiff

JUDICIAL NOTICE – VERIFIED CRIMINAL COMPLAINT
Page 2 of 2

Carol Engen
16423 NE 15th St
Bellevue, Wash. 98008